EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br>    Conferencia Judicial de<br>    Puerto Rico | 2002 TSPR 55<br><br>156 DPR _____ |

Número del Caso: EC-2002-002

Fecha: 26/abril/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In RE:

CONFERENCIA JUDICIAL
DE PUERTO RICO

Programa:
Agenda y
Reglas para
Vigésima
Segunda Conferencia
Judicial

RESOLUCIÓN

En San Juan, Puerto Rico a 26 de abril de 2002.

Los trabajos de la Vigésima Segunda Sesión Ordinaria de la Conferencia Judicial de Puerto Rico que se llevará a cabo concurrentemente con el Primer Congreso de Acceso a la Justicia en Puerto Rico, convocada para los días 2 y 3 de mayo de 2002 se regirán por la siguiente agenda:

2 de mayo de 2002

**SESION DE LA MAÑANA**

7:30 a.m.        REGISTRO DE PARTICIPANTES E INVITADOS(AS)A LA CONFERENCIA JUDICIAL

8:30 a.m.        SESIÓN DE APERTURA CONJUNTA DE LA CONFERENCIA JUDICIAL Y DEL PRIMER CONGRESO DE ACCESO A LA JUSTICIA EN PUERTO RICO (Salón San Gerónimo)

**Apertura de la Conferencia Judicial:**
- Mensaje
  Hon. José A. Andréu García,
  Juez Presidente, Tribunal Supremo

Apertura del Congreso:
- Conferencia Magistral
  Dr. Efrén Rivera Ramos
  Decano Escuela de Derecho, U.P.R.
  **Presidente Comité Organizador**
  Primer Congreso de Acceso a la Justicia

10:00 a.m.  RECESO

10:30 a.m.        COMIENZO DE LOS TRABAJOS DE LA CONFERENCIA JUDICIAL:  PRIMERA SESION PLENARIA (Salón San Cristóbal)

- Informe de la Comisión Futurista

    A.    Composición, Propósitos y Visión
        Lcdo. Rafael Alonso Alonso
        Presidente de la Comisión Futurista de Los Tribunales

    B.    Metodología y Hallazgos en Torno al Acceso a la Justicia
        Sra. Marisara Pont
        Comisionada

    **C.    Tendencias para el Futuro y sus**
        Implicaciones para el Sistema Judicial
        Lcda. Olga Soler Bonnín
        Comisionada

    **D.    Recomendaciones**
        Dr. Rafael Irizarry
        Sr. Luis Alberto Ferré Rangel
        Comisionados

    **E.    Panel de Discusión**
        Hon. Carlos Rivera Martínez
        Juez Administrador (San Juan)

        Hon. Carlos Cabán
        Juez Administrador (Humacao)

        Hon. Liana Fiol Matta
        Jueza Administradora
        Tribunal de Circuito de Apelaciones

        Hon. Luis Rivera Román
        Juez Administrador (Aguadilla)

12:00        ALMUERZO
        (Salón San Cristóbal)

- Oradora Principal:
    Hon. Sila María Calderón
    Gobernadora del Estado Libre Asociado
    de Puerto Rico

1:30        SEGUNDA SESIÓN PLENARIA DE LA CONFERENCIA JUDICIAL
        (Salón San Cristóbal)

- Recomendaciones sobre Acceso a la
    Justicia:  Sesión Interactiva

    Moderadora:
    Lcda. Isabel Picó Vidal
    Presidenta del Comité Directivo de
    la Conferencia Judicial

    Recurso:
    Dra. Rosa Santiago-Maratzzi

3:15        RECESO

3:30        SESION CONJUNTA DE LA CONFERENCIA JUDICIAL
        Y DEL PRIMER CONGRESO DE ACCESO A LA JUSTICIA EN PUERTO RICO
        (Salón San Gerónimo)

- Panel sobre el Canon Primero y el
    Deber de Representación de Oficio

    Moderador:
    Hon. Franciso Rebollo López
    Juez Asociado, Tribunal Supremo

    Panelistas:
    Hon. Dolores Rodríguez de Oronoz, Jueza
    Tribunal de Circuito de Apelaciones

Lcdo. Federico Rentas, Director Ejecutivo, Sociedad para la Asistencia Legal

Lcdo. Juan Marqués, Socio
Departamento de Litigios
Bufete McConnell Valdés

Lcdo. Guillermo Figueroa Prieto
Presidente, Comisión Revisora del Código de Ética Profesional,
Colegio de Abogados

Lcda. Gretchen Coll Martí
Administradora, Administración de Desarrollo Económico de la Familia
Departamento de la Familia

Lcdo. Luis F. Camacho, Abogado
Práctica Privada y Ex-Presidente del Colegio de Abogados

5:30            CIERRE DE LOS TRABAJOS DEL DÏA

3 de mayo de 2002

**SESION DE LA MAÑANA**

7:30 a.m.          REGISTRO DE PARTICIPANTES E INVITADOS(AS)

8:30 a.m.          TERCERA SESIÓN PLENARIA DE LA CONFERENCIA JUDICIAL
                   (Salón San Cristóbal)

- Panel: Reacciones y Reflexiones sobre el Informe de la Comisión Futurista

Moderador:
Lcdo. Rafael Hernández Colón
Catedrático, Facultad de Derecho
Pontificia Universidad Católica de
Puerto Rico

Panelistas:
Lcdo. Antonio García Padilla
Presidente, Universidad de Puerto Rico

Hon. Anabelle Rodríguez
Secretaria de Justicia

Hon. Juan R. Torruella
Juez Presidente
Tribunal Federal de Apelaciones del Primer Circuito

Lcdo. Carlos Irizarry Yunqué
Juez Retirado del Tribunal Supremo

10:15 a.m.     RECESO

10:30 a.m.          TRABAJOS DEL PRIMER CONGRESO DE ACCESO A LA JUSTICIA:  PANELES
                    CONCURRENTES

Los asistentes a la Conferencia Judicial podrán asistir a uno(1) de seis (6)paneles concurrentes.  Los temas de éstos son:

- Los Pobres, la Definición de sus Necesidades y sus Problemas de Acceso a la Justicia (Salón Flamboyán, Piso 2, Torre del Hotel)

Panelistas:
Lcda. Mercedes Rodríguez
Coordinadora Auxiliar, Programa Práctica Privada Compensada
Servicios Legales de Puerto Rico

Dra. Linda Colón, Oficina de Comunidades Especiales, Oficina de la Gobernadora

Dr. Víctor García Toro, Catedrático
Escuela Graduada de Trabajo Social
Universidad de Puerto Rico

Facilitadora:

Lcda. Sonia Rodríguez, Coordinadora
Programa de Práctica Compensada
Servicios Legales de Puerto Rico

- <u>Los Inmigrantes, el Patriot Act y su Efecto sobre la Representación Legal</u> (Salón Tropical, Piso 2)

  Panelistas:
  Hon. Irma López Defilló, Jueza
  Corte de Inmigración

  Lcda. Rosanna de Castro, Abogada Práctica Privada

  Lcdo. Raymond Sánchez Maceira
  Abogado, Práctica Privada

  Facilitadora:
  Lcda. Madeline García, Profesora
  Clínica de Asistencia Legal
  Escuela de Derecho, U.P.R.

- <u>El Acceso a la Justicia y la Violencia contra la Mujer</u>
  (Auditorio, Piso 1)

  Panelistas:
  Hon. Miriam Naveira de Rodón
  Jueza Asociada del Tribunal Supremo

  Lcda. Esther Vicente, Catedrática
  Facultad de Derecho, U.I.A.

  Facilitadora:
  Lcda. Patricia Otón Olivieri Secretaria del Tribunal Supremo

- <u>Niños y Niñas con Necesidades Especiales y Menores Ofensores</u>
  (Salón Flamingo, Piso 2)

  Panelistas:
  Lcda. Josefina Pantoja
  Proyecto de Educación Especial
  Servicios Legales de Puerto Rico

  Lcda. Dora Nevárez, Catedrática
  Facultad de Derecho, U.I.A.

  Facilitadora:
  Lcda. Camille Jusino Marrero, Abogada
  Servicios Legales de Puerto Rico

- <u>El Artículo 103 del Código Penal de Puerto Rico y el Acceso a la Justicia de Personas Discriminadas por Razón de su Orientación Sexual</u>
  (Expo Center B)

  Panelistas:
  Lcdo. Ricardo Ramírez
  Clínica de Asistencia Legal
  Escuela de Derecho, U.P.R.

  Rev. Margarita Sánchez
  Coordinadora General
  Movimiento Ecuménico Nacional
  en Puerto Rico

```
                    Lcda. Nora Vargas
                    Abogada Práctica Privada, Miembro
                    Junta de Directores "American Civil Liberties Union" Cap de Puerto
                    Rico

                    Lcdo. Michael Adams
                    Lambda Legal Defense & Education Fund

                    Facilitador:
                    Lcdo. Ricardo Ramírez
                    Clínica de Asistencia Legal
                    Escuela de Derecho, U.P.R.

          •    Acceso a la Justicia: Mito o Realidad para las Personas de Edad
               Avanzada (Salón Guayacán, Piso 2, Torre del Hotel)

                    Panelistas:
                    Sra. Judith Rodríguez Figueroa
                    Demógrafa, Escuela Graduada de Salud Pública, Recinto de Ciencias
                    Médicas U.P.R.

                    Dra. Niyzka M. Labault Cabeza
                    Escuela Graduada de Salud Pública Recinto de Ciencias Médicas
                    U.P.R.

                    Lcda. Gladys E. Arés Rivera, Abogada
                    Servicios Legales de Puerto Rico
```

**Facilitadora:**

**Lcda. Rosana Rodríguez, Abogada**
```
                    Servicios Legales de Puerto Rico
```

12:00            ALMUERZO
                    (Salón San Cristóbal)


          •    Orador Invitado:
               Dr. Ramón Mullerat
               Bufete Mullerat, Echarri & Brindle
               Barcelona, España

1:30 p.m.        CONTINUACIÓN DE TRABAJOS DEL PRIMER CONGRESO DE ACCESO A LA JUSTICIA:
               PANELES CONCURRENTES

```
               Los asistentes a la Conferencia Judicial podrán asistir a uno(1) de
               cinco(5) paneles concurrentes.  Los temas de éstos son:

               •    Alternativas para Facilitar el Acceso a la Judicatura de las
                    Personas sin Techo (Salón Tropical, Piso 2)

                    Panelistas:
                    Sr. Ángel Luis Torres, Presidente
                    Coalición de Apoyo Continuo a las Personas sin Hogar de San Juan, Inc.

                    Lcdo. Hiram Lozada Pérez, Presidente
                    Comisión de Derechos Humanos del Colegio de Abogados

                    Dr. José Vargas Bidot, Presidente
                    Iniciativa Comunitaria

                    Facilitadora:
                    Lcda. Lyntha Figueroa Rivera, Asesora
                    Secretariado de la Conferencia Judicial

               •    Discrimen por Razón de Raza (Salón
                    Flamboyán, Piso 2, Torre del Hotel)

                    Panelistas:
                    Lcda. Ana Irma Rivera Lassén Catedrática en Justicia Racial
```

Universidad de Puerto Rico
Recinto de Río Piedras

Dra. Idsa Alegría Ortega
Decana Asociada
Decanato de Asuntos Académicos
Universidad de Puerto Rico
Recinto de Río Piedras


Facilitadora:
Dra. Palmira Ríos
Ayudante Especial del Rector
Universidad de Puerto Rico
Recinto de Río Piedras

- Confinados y Confinadas (Auditorio, Piso 1)

  Panelistas:
  Hon. Víctor Rivera González
  Secretario Departamento de Corrección y Rehabilitación

  Lcda. Olga Elenal Resumil
  Instituto de Corrección y Rehabilitación
  Escuela de Derecho
  Universidad de Puerto Rico

  Lcdo. Daniel Nina Estrella
  Abogado, Práctica Privada

  Facilitador:
  Lcdo. Adalberto Núñez López
  Facultad de Derecho Eugenio María de Hostos

- Barreras que Obstaculizan el Acceso de las Personas con Impedimentos al Sistema de Justicia: Recomendaciones para Erradicarlas (Salón Flamingo, Piso 2)

  Panelistas:
  Hon. José Raúl Ocasio García
  Procurador de las Personas con Impedimento

  Lcdo. Juan Santiago Nieves
  Abogado, Nazario & Santiago

  Hon. Víctor García San Inocencio
  Representante, Cámara de Representantes


  Facilitadora:
  Lcda. Sylvia Altuz Cortés
  Asesora Legal
  Secretariado de la Conferencia Judicial

- La Justicia en Casos Ambientales (Expo Center B)

  Panelistas:
  Lcda. Carmen Rita Vélez Borrás
  Abogada, Práctica Privada

  Sr. Jorge Fernández Porto
  Consultor Ambiental

  Lcdo. Pedro Saadé Lloréns
  Abogado, Práctica Privada
  Escuela de Derecho, U.P.R.

  Facilitador:
  Lcdo. Pedro Saadé Lloréns
  Abogado, Práctica Privada
  Escuela de Derecho, U.P.R.

3:00 p.m.        RECESO

3:30 p.m.            SESION DE CLAUSURA CONJUNTA DE LA CONFERENCIA JUDICIAL Y DEL PRIMER
                    CONGRESO DE ACCESO A LA JUSTICIA EN PUERTO RICO
                    (Salón San Gerónimo)

- Conclusiones y Recomendaciones

Dr. Efrén Rivera Ramos
Presidente Comité Organizador
Primer Congreso de Acceso a la Justicia

- Mensaje de Clausura

Hon. José A. Andréu García,
Juez Presidente, Tribunal Supremo

5:00 p.m.            CIERRE DE LOS TRABAJOS DEL DÍA
                    RECEPCIÓN
                    COLEGIO DE ABOGADOS DE PUERTO RICO

II

Los procedimientos durante la Conferencia Judicial se regirán por las siguientes reglas:

1. El Juez Presidente llamará al orden y declarará constituida, para comenzar sus trabajos la Vigésima Segunda Sesión Ordinaria de la Conferencia Judicial.

2. Para facilitar los trabajos durante la Conferencia, deberán evitarse las conversaciones dentro y fuera del salón, así como las entradas y salidas que tiendan a distraer la atención. De igual forma, los teléfonos celulares y los localizadores (beepers) deberán mantenerse apagados o en su modalidad silenciosa.

3. La Secretaria de la Conferencia Judicial, Lcda. Mercedes Bauermeister, como moderadora, presentará la agenda de los trabajos durante la Conferencia Judicial.

4. Podrán participar en la discusión plenaria, los jueces, las juezas, los miembros de la Conferencia Judicial y los invitados e invitadas.

5. El tiempo concedido para los turnos durante la discusión plenaria estará limitado, conforme al número de participantes, para permitir la participación del mayor número posible de personas.

6. EL Juez Presidente podrá declarar fuera de orden cualquier planteamiento que no sea pertinente al tema de la Conferencia Judicial.

7. Los comentarios y las sugerencias que se presenten durante las discusiones plenarias, serán objeto de ulterior estudio y análisis por el Secretariado de la Conferencia Judicial, la Oficina de Administración de Tribunales y el Tribunal Supremo.

8. La Secretaria del Tribunal Supremo y el Alguacil del Tribunal Supremo, al igual que la Directora y el personal del Secretariado de la Conferencia Judicial y otro personal designado, asistirán al Tribunal, a la Secretaria de la Conferencia Judicial y a los miembros participantes de la Conferencia Judicial, durante los preparativos y los trabajos de estos días.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Hernández Denton no intervino.

Publíquese.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo